IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| William F. Sobczyk | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:16 CV 50121 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Wexford Health Sources Inc, et al. | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

In light of plaintiff's oral motion to voluntarily dismiss defendants Wexford Health Sources, Inc. and Susan M. Tuell, unopposed by the defendants, it is this Court's Report and Recommendation that the motion be granted. That the defendants Wexford Health Sources, Inc. and Susan M. Tuell be voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(2) and that defendants' motion to dismiss [108] and motion to stay [107] be stricken. Any objections to this Report and Recommendation must be filed by 11/23/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date:  11/9/2018                             /s/ Iain D. Johnston
                                             U.S. Magistrate Judge