# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| William F. Sobczyk, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 16 CV 50121 |
| | ) | |
| Wexford Health Sources, Inc., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [113] from the magistrate judge that this court grant plaintiff's oral motion to voluntarily dismiss defendants Wexford Health Sources, Inc. and Susan M. Tuell, unopposed by defendants. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion to dismiss Wexford and Tuell, pursuant to Federal Rule of Civil Procedure 41(a)(2). Further, the court adopts the magistrate judge's recommendation that defendants' motion to stay [107] and motion to dismiss [108] be stricken.

Date: 11/30/2018                ENTER:

_____
FREDERICK J. KAPALA

District Judge